STATE of Missouri, Respondent,

v.

John S. TEEL, Appellant.

No. WD 40804.

Missouri Court of Appeals,
Western District.

Aug. 1, 1989.

Ronald F. Fisk, Public Defender, Nevada, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM:

The defendant John Teel appeals on instructional grounds a jury conviction, resulting in seven years imprisonment, for

sale of a controlled substance, § 195.020, RSMo 1986.

Judgment affirmed.